UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTE S. TULL,

    Plaintiff,

v.                                                        Case. No. 11-10074
                                                          Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

                                                   /

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on February 22, 2012

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

Plaintiff filed this action seeking Social Security disability benefits and supplemental security income. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 20], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 15] be granted and Defendant's Motion for Summary Judgment [dkt 17] be denied. No objections have been filed to the Magistrate's Report and Recommendation.

The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation. The Court finds that the Magistrate Judge has correctly determined that this case should be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further findings consistent with the Report and Recommendation. The Court therefore ADOPTS the Magistrate Judge's Report and Recommendation.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [dkt 15] is GRANTED, and Defendant's Motion for Summary Judgment [dkt 17] is DENIED.

IT IS FURTHER ORDERED that this action is REMANDED to the Commissioner for further proceedings consistent with this opinion.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: February 22, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 22, 2012.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290